UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:23-mj- 1042-LLL

LUCAS SHIRLEY II

## MOTION TO SEAL COMPLAINT AND RELATED DOCUMENTS

The United States of America by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Complaint, the file copy of the warrant, defendant information sheet, this motion, the Court's order regarding this motion, and any other documents filed in this case that would identify the defendant. Disclosure of the existence of these documents prior to the arrest of the defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Complaint in this case except when necessary to provide certified copies of the Complaint to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's

Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Complaint in any subsequent search and/or seizure warrants, which may be executed in conjunction with the arrest of the defendant.

                          Respectfully submitted,

                          ROGER B. HANDBERG
                          United States Attorney

By:    */s/ Michael J. Coolican*
        MICHAEL J. COOLICAN
        Assistant United States Attorney
        USA No. 156
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail: michael.coolican@usdoj.gov