# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:23-cr-14-TJC-LLL

**LUCAS SHIRLEY, II**
_____/

## UNOPPOSED MOTION TO CONTINUE

Defendant, **Lucas Shirley**, pursuant to Local Rule 3.08, Middle District of Florida, requests this Court to continue the Trial, Status Conference, as well as all related time periods and deadlines, in this cause for the following reasons:

1. Defendant, Lucas Shirley, is charged in a four-count Indictment with two counts of possession of unregistered short-barreled rifles, in violation of 26 U.S.C. §§ 5861(d) and 5871, and two counts of transfer of unregistered short-barreled rifles, in violation of 26 U.S.C. §§ 5861(e) and 5871.

2. Undersigned counsel was appointed to represent Defendant on February 2, 2023, at the Initial Appearance held before The Honorable United States Magistrate Judge Laura Lothman Lambert (Doc. 6). On February 10, 2023, an Arraignment was held, and undersigned counsel entered pleas of not guilty to the charges in the Indictment (Doc. 21). On that date, this Court issued an Order setting court dates

and deadlines, including a motion deadline of February 28, 2023, Status Conference on March 20, 2023, and Trial on April 3, 2023.

3. Undersigned counsel needs additional time review the voluminous discovery, conduct investigations, research the law, and discuss options with Defendant before deciding whether to proceed with the filing of non-discovery motions in this case. This motion is made in good faith and not for the purpose of unduly delaying the proceedings.

4. Assistant United States Attorney Michael Coolican has no objection to a continuance.

6. Defendant has no objection to a continuance.

**THEREFORE**, Defendant requests that the Court continue the trial and all associated events and deadlines for a period of sixty (60) days.

## MEMORANDUM OF LAW

Local Rule 3.08(a), Middle District of Florida, provides that a party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict.

                                                  **A. FITZGERALD HALL, ESQ.**
                                                  **FEDERAL DEFENDER**
                                                  **MDFL**

Respectfully Submitted By:

*s/ Scott T. Schmidt, Esq.*
Scott T. Schmidt, Esq.
Assistant Federal Defender
Florida Bar No. 92534
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: scott_schmidt@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic notification to United States Attorney Michael Coolican, 300 N. Hogan St, Suite 700, Jacksonville, Florida 32202, this 24th day of January 2023.

*s/Scott T. Schmidt, Esq.*
Scott T. Schmidt, Esq.
Assistant Federal Defender